# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 9, 2005

*Before*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ] Appeals from the United |
|       Petitioner-Appellee, | ] States District Court for |
|       Cross-Appellant, | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| Nos. 03-3851 and 03-3853    v. | ] |
| | ] No. 01 C 7673 |
| WATTS INDUSTRIES, INC., | ] |
|       Respondent-Appellant, | ] Elaine E. Bucklo, Judge. |
|       Cross-Appellee, | ] |
| | ] |
|           and | ] |
| | ] |
| JAMES JONES COMPANY, | ] |
|       Respondent, | ] |
|       Cross-Appellee. | ] |

Upon consideration of the **MOTION TO CORRECT OPINION**, filed on August 5, 2005, by counsel for respondent Watts Industries, Inc.,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the opinion issued in this appeal on August 2, 2005, is **AMENDED** in the following way: the last sentence in footnote 8 is changed to "At this point, Zurich has paid more than $23 million in defense costs."